IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LEONARD BLASZCZYK,

    Plaintiff,                             JUDGMENT IN A CIVIL CASE

v.                                            11-cv-499-wmc

STEVE LADREMAN,

    Defendant.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice to plaintiff raising his claim of illegal confinement in a petition for writ of habeas corpus after he has exhausted his state court remedies.

| /s/ | 6/5/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |