IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LEONARD BLASZCZYK,

        Plaintiff,                       ORDER

v.                                        11-cv-499-wmc

STEVE LANDREMAN,

        Defendants.

---

Plaintiff Leonard Blaszycyzk filed this civil action under 42 U.S.C. § 1983, challenging his continued confinement as the result of a state court conviction. On June 15, 2013, this court dismissed this case without prejudice to raising his claim of illegal confinement in a petition for writ of habeas corpus after he exhausted his state court remedies. Since then, Blaszyczyk has filed a habeas corpus proceeding and an additional civil rights action which are pending in this district. *See* Case Nos. 15-cv-164-wmc and 15-cv-200-wmc. Blaszyczyk now moves to consolidate all three cases into this original action. Because this case is closed, his motion must be denied. Blaszyczyk does not otherwise demonstrate that consolidation is appropriate for purposes of Fed. R. Civ. P. 42(a).

ORDER

IT IS ORDERED that Leonard Blaszycyzk's motion to consolidate (dkt. # 26) is DENIED.

Entered this 15th day of April, 2015.

BY THE COURT:

/s/

WILLIAM M. CONLEY
District Judge